UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:23-cv-01715-JLS-ADS                                    Date:  November 22, 2024
Title:  L.D. v. EzyRoller, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Derek Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DEFENDANT'S FAILURE TO APPEAR AT FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference in this matter was set for November 22, 2024, at 10:30 a.m.  Defendant EzyRoller LLC failed to appear.  Plaintiff's counsel stated a belief that Defendant's counsel intended to appear via Zoom.  However, counsel have been advised that "[a]bsent extraordinary circumstances, all hearings before the Court are conducted in person. Requests to appear by telephone or Zoom videoconference must be made by filing an application no fewer than five days in advance of the hearing."  (*See* Procedures Page (as incorporated by the Standing Order, Doc. 35 at 2).)  The docket reflects that no application to appear remotely was filed by Defendant.

Accordingly, Defendant is ORDERED to show cause as to why it failed to appear at the Final Pretrial Trial Conference and otherwise failed to follow the Court's procedures for requesting a remote appearance.  Defendant shall file its response, in writing, no later than **November 29, 2024**.  Absent a strong showing of good cause by Defendant, the Court will award Plaintiff's counsel reasonable costs and attorneys' fees incurred in appearing before the Court on November 22, 2024.  The Final Pretrial Conference in this matter has been rescheduled for **January 24, 2025, at 10:30 a.m.**

Initials of Preparer:  dd