UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-01715-JLS-ADS Date: August 12, 2026
Title: L.D. v. EzyRoller, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 15, 2025, the Court issued an Order Granting Motion for Settlement Approval of Minor's Compromise, approving the settlement and requiring the parties to file a notice of dismissal within seven days of receipt of payments pursuant to the settlement. (Doc. 137 at 7.) To date, no notice of dismissal has been filed. The Court thus ORDERS Plaintiff to show cause, in writing, as to the status of the payment of the settlement, within **five (5) days** of the date of this Order. A notice of dismissal with prejudice will constitute a sufficient response. Failure to timely respond will result in the immediate dismissal of this action with prejudice.

Initials of Deputy Clerk: kd